FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
9/29/2023 1:59 PM
KATHLEEN VIGIL CLERK OF THE COURT
Amy T Ruiz

**FIRST JUDICIAL DISTRICT**
**COUNTY OF SANTA FE**
**STATE OF NEW MEXICO**

**BARBARA ROMERO, Individually and as Personal Representative of the Estate of BRIANNA ROMERO and as Next Friend On behalf of [redacted], a Minor Child,**

**Plaintiff,**

**vs.**

**Cause No.** D-101-CV-2023-02404
Case assigned to Ellenwood, Kathleen McGar

**SANTA FE COUNTY; CITY OF SANTA FE; CEASAR ORNALES, RICHARD HILDEBRANT, DEREK WILLIAMS, and MELQUIADES OLIVARES**

**Defendants.**

---

**PLAINTIFF'S ORIGINAL COMPLAINT FOR DAMAGES FOR WRONGFUL DEATH**

---

Plaintiff, by and through her undersigned attorneys, for her causes of action against the Defendants, would show the Court the following:

## GENERAL ALLEGATIONS

1. Plaintiff is the duly appointed representative of the Estate of Brianna Romero for purposes of this wrongful death lawsuit. The Order for the Appointment of Personal Representative for the Estate of Brianna Romero is attached hereto as Exhibit "A".
2. Defendant Santa Fe County is a unit of local government that is created by the New Mexico legislature. The City of Santa Fe is a municipality.
3. Defendants Ceasar Ornelas and Richard Hildebrant are police officers employed by the City of Santa Fe.
4. Defendant Derek Williams is the warden of the Santa Fe County Detention Center, responsible for the employees and operations of the Detention Center. Defendant

Melquiades Olivares is the medical director of the Detention Center responsible for the delivery of proper medical care at the Detention Center.

5. Venue is proper in this Court because all parties reside in this county and the events giving rise to this lawsuit occurred in Santa Fe County.

6. The morning of September 30, 2021, Brianna Romero, then 20 years of age, was arrested and taken to the Santa Fe County Detention Center ("Detention Center") by City of Santa Fe police officers, where she was booked and placed in a cell. Defendant Hildebrant made the arrest and the decision to transport Brianna to the jail rather than the hospital.

7. Brianna collapsed in her cell, an ambulance was called, and she was transported to Presbyterian Medical Center in Santa Fe, at approximately 12:44 PM.

8. Brianna Romero was discharged from Presbyterian Medical Center at approximately 5:45 PM on September 30, 2021, and was transported back to the detention center by Ceasar Ornales, a Santa Fe police officer, one of the Defendants, who was at the hospital with Brianna to maintain custody over her.

9. The Santa Fe County Detention Center is a jail operated by Santa Fe County, through the Santa Fe County Sheriff's Department. The employees of the detention center are all agents and employees of Santa Fe County.

10. Upon her discharge from the hospital, Brianna Romero and Defendant Ornales were provided with discharge instructions from the Emergency Room physician which provided, among other things, that she should be carefully monitored and that she should come back to the emergency room should she have any further medical difficulties.

11. Upon information and belief, the discharge papers with the instructions were provided to and in the custody of Defendant Ornales or other City of Santa Fe police officers who were at the hospital with Ornales.

12. Alternatively, Ornales had the discharge papers or was aware of them and failed to deliver them to the detention officers when he returned Brianna Romero to the jail, or otherwise advise the officers of the instructions.

13. Brianna Romero was placed in a cell upon her return to the detention center but was discovered several hours later comatose on the floor of the cell, after having been ignored by detention center guards for several hours. Although she was found at approximately midnight on October 1, 2021, she was not returned to the hospital for another four to five hours.

14. Brianna Romero never left the hospital alive. She died on October 10, 2021. Her son, [redacted] and her mother Barbara Romero, survived her. The Office of the Medical Investigator determined the cause of her death to be the toxic effects of multiple drugs, including fentanyl, cocaine, amphetamine, and benzodiazepines.

**<u>FIRST CLAIM FOR RELIEF – TORT CLAIMS ACT</u>**

15. The allegations of the General Allegations are incorporated herein by this reference.

16. Santa Fe County, through its detention center employees, was negligent in the treatment of Brianna Romero in at least the following respects: a) failure to make themselves aware of her medical condition; b) failure to read and follow discharge instructions provided by the hospital; c) failure to timely and properly monitor Brianna Romero in the jail; d) unreasonably delaying treatment for Brianna Romero; and e) failing to provide adequate medical care in the detention facility.

17. This is a tort claim for which immunity has been waived pursuant to Section 41-4-12 NMSA 1978.

**SECOND CLAIM FOR RELIEF-AGAINST THE CITY OF SANTA FE**

18. The allegations of the General Allegations are incorporated herein by this reference.

19. The City of Santa Fe, through its police officers, was negligent in at least the following respects: a) failure to make themselves aware of her medical condition; b) failure to read and follow discharge instructions provided by the hospital and deliver the instructions to the detention center employees; c) failure to inform the county detention center employees of the discharge instructions; and (d) failure to transport Brianna Romero to the hospital initially rather than the jail.

**THIRD CLAIM FOR RELIEF – NEW MEXICO CIVIL RIGHTS ACT**

20. The allegations of the General Allegations are incorporated herein by this reference.

21. Defendants deprived Brianna Romero of rights, privileges and immunities pursuant to the Bill of Rights of the Constitution of New Mexico, acting under color of state law and within the course and scope of their authority.

22. Brianna Romero was deprived of her rights to enjoy and defend life and liberty and to seek and obtain safety and happiness, and further suffered the deprivation of life and liberty without due process of law.

**FOURTH CLAIM FOR RELIEF- 42 U.S.C. 1983**

23. The allegations of paragraphs 1-22 are incorporated herein by this reference.

24. The Defendant officers, Ornales and Hildebrant, deprived Brianna Romero of her rights to be free of cruel and unusual punishment under the Eighth Amendment to the United States Constitution and deprived her of life and liberty without due process of law in

violation of the Fifth and Fourteenth Amendments to the United States Constitution, acting under color of state law as Santa Fe police officers.

25. The Defendants Williams and Olivares, acting under color of state law, deprived Brianna Romero of her rights to be free of cruel and unusual punishment under the Eighth Amendment to the United States Constitution and deprived her of life and liberty without due process of law in violation of the Fifth and Fourteenth Amendments to the United States Constitution.

## DAMAGES

26. The allegations of Paragraphs 1-25 are incorporated herein by this reference.

27. As a direct and proximate result of the wrongful acts and omissions of Defendant as set forth above, Brianna Romero died, and Plaintiff has been harmed. Plaintiff seeks all damages recoverable under the Wrongful Death Act, including for lost earnings, pain, emotional distress, and loss of enjoyment of life. Plaintiff also seeks recovery of any medical and related expenses, burial and funeral expenses.

28. Plaintiff seeks compensation for loss of consortium for Brianna's surviving child, [redacted]

WHEREFORE, Plaintiff prays that she have and recover judgement against the Defendants, and each of them, for all compensatory damages; for costs of suit incurred herein; for reasonable attorney's fees; for pre and post-judgement interest as provided by law; and for such other and further relief as the Court may deem to be just and proper.

Respectfully submitted,

*<u>/s/ Samuel P. Ruyle</u>*
**SAMUEL P. RUYLE, ESQ.**
Clark, Jones, & Ruyle, LLC

432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825
Email: sam@santafelawyers.org

*/s/ Doug Perrin*
**DOUG PERRIN, ESQ.**
The Perrin Law Firm
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825
Email: dougperrin@perrinlaw.org

**ATTORNEYS FOR PLAINTIFF**

<table>
<tr><th colspan="2">SUMMONS</th></tr>
<tr><td>District Court: 1st JUDICIAL DISTRICT<br>Santa Fe County, New Mexico<br>Court Address: 225 Montezuma Ave. Santa Fe, NM 87501<br>Court Telephone No. 505-455-8250</td><td>Case Number: D-101-CV-2023-02404<br>Assigned Judge: Ellenwood, Kathleen McGarry</td></tr>
<tr><td>BARBARA ROMERO, Individually and as Personal Representative of the Estate of BRIANNA ROMERO and as Next Friend On behalf of [redacted], a Minor Child,<br><br>vs.<br><br>SANTA FE COUNTY; CITY OF SANTA FE; CEASAR ORNALES, RICHARD HILDEBRANT, DEREK WILLIAMS, and MELQUIADES OLIVARES</td><td>Defendant: County of Santa Fe<br>ATTN: County Clerk – Katharine E. Clark<br>Address: 100 Catron Street<br>Santa Fe, New Mexico 87501</td></tr>
</table>

**TO THE ABOVE NAMED DEFENDANT(S)**: Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe County, New Mexico, this 26 day of October, 2023.

Kathleen Vigil

CLERK OF FIRST JUDICIAL DISTRICT COURT

By: [signature]
Deputy

FIRST JUDICIAL DISTRICT COURT STATE OF NEW MEXICO

/s/Doug Perrin
Doug Perrin
The Perrin Law Firm

369 Montezuma Ave. PMB #334
Santa Fe, NM 87501
Phone: 505-989-8800
Fax: 214-646-6117
Email: dougperrin@perrinlaw.org

*/s/ Samuel P. Ruyle*
**SAMUEL P. RUYLE, ESQ.**
Clark, Jones, & Ruyle, LLC
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825
Email: sam@santafelawyers.org

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO )
)
COUNTY OF __________ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in ______________ county on the _____ day of ______________, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant ____________________ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to ________________________, a person over fifteen (15) years of age and residing at the usual place of abode of defendant ________________, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at __________________ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to ______________________, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____________________ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at __________________ (*insert defendant's last known mailing address*).

[ ] to _______________________, an agent authorized to receive service of process for defendant ___________________________.

[ ] to __________________, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____________________ (*used when defendant is a minor or an incompetent person*).

[ ] to __________________________ (*name of person*), ________________________, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: ___________________________

___________________________________
Signature of person making service

___________________________________
Title (*if any*)

Subscribed and sworn to before me this _____ day of ____________, _____[2]

______________________________
Judge, notary or other officer
authorized to administer oaths

______________________________
Official title

USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

<table>
<tr><th colspan="2">SUMMONS</th></tr>
<tr><td>District Court: 1st JUDICIAL DISTRICT<br>Santa Fe County, New Mexico<br>Court Address: 225 Montezuma Ave. Santa Fe, NM 87501<br>Court Telephone No. 505-455-8250</td><td>Case Number: D-101-CV-2023-02404<br>Assigned Judge: Ellenwood, Kathleen McGarry</td></tr>
<tr><td>BARBARA ROMERO, Individually and as Personal Representative of the Estate of BRIANNA ROMERO and as Next Friend On behalf of [redacted], a Minor Child,<br><br>vs.<br><br>SANTA FE COUNTY; CITY OF SANTA FE; CEASAR ORNALES, RICHARD HILDEBRANT, DEREK WILLIAMS, and MELQUIADES OLIVARES</td><td>Defendant: City of Santa Fe<br>ATTN: City Clerk – Kristine Bustos-Mihelcic<br>Address: 200 Lincoln Avenue, Room 215, PO Box 909<br>Santa Fe, NM 87504-0909</td></tr>
</table>

**TO THE ABOVE NAMED DEFENDANT(S)**: Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe County, New Mexico, this 26 day of October, 2023.

Kathleen Vigil

CLERK OF FIRST JUDICIAL DISTRICT COURT

By: [signature]
Deputy

FIRST JUDICIAL DISTRICT COURT ★ STATE OF NEW MEXICO ★

*/s/Doug Perrin*
Doug Perrin
The Perrin Law Firm
369 Montezuma Ave. PMB #334
Santa Fe, NM 87501
Phone: 505-989-8800
Fax: 214-646-6117
Email: dougperrin@perrinlaw.org

*/s/ Samuel P. Ruyle*
**SAMUEL P. RUYLE, ESQ.**
Clark, Jones, & Ruyle, LLC
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825
Email: sam@santafelawyers.org

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO )
)
COUNTY OF __________ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in ______________ county on the _____ day of ______________, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant ____________________ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _________________________, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _________________, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at

__________________ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to ______________________, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____________________ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at __________________ (*insert defendant's last known mailing address*).

[ ] to _______________________, an agent authorized to receive service of process for defendant ___________________________.

[ ] to __________________, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____________________ (*used when defendant is a minor or an incompetent person*).

[ ] to __________________________ (*name of person*), _________________________, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: ___________________________

__________________________________
Signature of person making service

__________________________________
Title (*if any*)

Subscribed and sworn to before me this _____ day of ____________, _____[2]

______________________________
Judge, notary or other officer
authorized to administer oaths

______________________________
Official title

USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court

Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

| SUMMONS | |
|---|---|
| District Court: 1st JUDICIAL DISTRICT<br>Santa Fe County, New Mexico<br>Court Address: 225 Montezuma Ave. Santa Fe, NM 87501<br>Court Telephone No. 505-455-8250 | Case Number: D-101-CV-2023-02404<br>Assigned Judge: Ellenwood, Kathleen McGarry |
| BARBARA ROMERO, Individually and as Personal Representative of the Estate of BRIANNA ROMERO and as Next Friend On behalf of [redacted], a Minor Child,<br><br>vs.<br><br>SANTA FE COUNTY; CITY OF SANTA FE; CEASAR ORNALES, RICHARD HILDEBRANT, DEREK WILLIAMS, and MELQUIADES OLIVARES | **Defendant: Richard Hildebrant**<br>**Address: 2515 Camino Entrada Santa Fe, NM 87507**<br>**(505) 428-3710** |

**TO THE ABOVE NAMED DEFENDANT(S)**: Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Kathleen Vigil Dated at Santa Fe County, New Mexico, this 26 day of October, 2023.

CLERK OF FIRST JUDICIAL DISTRICT COURT

By: [signature] Deputy

FIRST JUDICIAL DISTRICT COURT STATE OF NEW MEXICO

*/s/Doug Perrin*
Doug Perrin
The Perrin Law Firm

369 Montezuma Ave. PMB #334
Santa Fe, NM 87501
Phone: 505-989-8800
Fax: 214-646-6117
Email: dougperrin@perrinlaw.org

*/s/ Samuel P. Ruyle*
**SAMUEL P. RUYLE, ESQ.**
Clark, Jones, & Ruyle, LLC
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825
Email: sam@santafelawyers.org

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO )
)
COUNTY OF __________ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in ______________ county on the _____ day of ______________, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant ____________________ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _________________________, a person over fifteen (15) years of age and residing at the usual place of abode of defendant ________________, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at __________________ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to ______________________, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at ______________________ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at __________________ (*insert defendant's last known mailing address*).

[ ] to _______________________, an agent authorized to receive service of process for defendant ___________________________.

[ ] to __________________, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____________________ (*used when defendant is a minor or an incompetent person*).

[ ] to __________________________ (*name of person*), ________________________, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: ___________________________

__________________________________
Signature of person making service

__________________________________
Title (*if any*)

Subscribed and sworn to before me this _____ day of ____________, _____[2]

______________________________
Judge, notary or other officer
authorized to administer oaths

______________________________
Official title

USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

| SUMMONS | |
|---|---|
| District Court: 1st JUDICIAL DISTRICT<br>Santa Fe County, New Mexico<br>Court Address: 225 Montezuma Ave. Santa Fe, NM 87501<br>Court Telephone No. 505-455-8250 | Case Number: D-101-CV-2023-02404<br>Assigned Judge: Ellenwood, Kathleen McGarry |
| BARBARA ROMERO, Individually and as Personal Representative of the Estate of BRIANNA ROMERO and as Next Friend On behalf of [redacted], a Minor Child,<br><br>vs.<br><br>SANTA FE COUNTY; CITY OF SANTA FE; CEASAR ORNALES, RICHARD HILDEBRANT, DEREK WILLIAMS, and MELQUIADES OLIVARES | **Defendant: Ceasar Ornales**<br>**Address: 2515 Camino Entrada Santa Fe, NM 87507**<br>**(505) 428-3710** |

**TO THE ABOVE NAMED DEFENDANT(S)**: Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Kathleen Vigil

Dated at Santa Fe County, New Mexico, this 26 day of October, 2023.

CLERK OF FIRST JUDICIAL DISTRICT COURT

By: [signature]
Deputy

FIRST JUDICIAL DISTRICT COURT ★ STATE OF NEW MEXICO ★

/s/Doug Perrin
Doug Perrin
The Perrin Law Firm

369 Montezuma Ave. PMB #334
Santa Fe, NM 87501
Phone: 505-989-8800
Fax: 214-646-6117
Email: dougperrin@perrinlaw.org

*/s/ Samuel P. Ruyle*
**SAMUEL P. RUYLE, ESQ.**
Clark, Jones, & Ruyle, LLC
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825
Email: sam@santafelawyers.org

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO )
)
COUNTY OF __________ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in ______________ county on the _____ day of _______________, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant ____________________ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _________________________, a person over fifteen (15) years of age and residing at the usual place of abode of defendant ________________, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at __________________ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____________________, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____________________ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at __________________ (*insert defendant's last known mailing address*).

[ ] to ______________________, an agent authorized to receive service of process for defendant ___________________________.

[ ] to __________________, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____________________ (*used when defendant is a minor or an incompetent person*).

[ ] to __________________________ (*name of person*), __________________________, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: ___________________________

__________________________________
Signature of person making service

__________________________________
Title (*if any*)

Subscribed and sworn to before me this _____ day of ____________, _____[2]

______________________________
Judge, notary or other officer
authorized to administer oaths

______________________________
Official title

USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

| SUMMONS | |
|---|---|
| District Court: 1st JUDICIAL DISTRICT<br>Santa Fe County, New Mexico<br>Court Address: 225 Montezuma Ave. Santa Fe, NM 87501<br>Court Telephone No. 505-455-8250 | Case Number: D-101-CV-2023-02404<br>Assigned Judge: Ellenwood, Kathleen McGarry |
| BARBARA ROMERO, Individually and as Personal Representative of the Estate of BRIANNA ROMERO and as Next Friend On behalf of [redacted], a Minor Child,<br><br>vs.<br><br>SANTA FE COUNTY; CITY OF SANTA FE; CEASAR ORNALES, RICHARD HILDEBRANT, DEREK WILLIAMS, and MELQUIADES OLIVARES | **Defendant: Derek Williams**<br>**Address: 28 Camino Justicia**<br>**Santa Fe, NM 87508**<br>**505-428-3231** |

**TO THE ABOVE NAMED DEFENDANT(S)**: Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Kathleen Vigil

Dated at Santa Fe County, New Mexico, this 26 day of October, 2023.

CLERK OF FIRST JUDICIAL DISTRICT COURT

By: [signature]
Deputy

FIRST JUDICIAL DISTRICT COURT ★ STATE OF NEW MEXICO ★

/s/Doug Perrin
Doug Perrin
The Perrin Law Firm

369 Montezuma Ave. PMB #334
Santa Fe, NM 87501
Phone: 505-989-8800
Fax: 214-646-6117
Email: dougperrin@perrinlaw.org

*/s/ Samuel P. Ruyle*________________
**SAMUEL P. RUYLE, ESQ.**
Clark, Jones, & Ruyle, LLC
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825
Email: sam@santafelawyers.org

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO )
)
COUNTY OF __________ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in ______________ county on the _____ day of ______________, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant ____________________ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _________________________, a person over fifteen (15) years of age and residing at the usual place of abode of defendant ________________, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at __________________ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____________________, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at ____________________ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _________________ (*insert defendant's last known mailing address*).

[ ] to ______________________, an agent authorized to receive service of process for defendant __________________________.

[ ] to _________________, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant ____________________ (*used when defendant is a minor or an incompetent person*).

[ ] to _________________________ (*name of person*), ________________________, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: __________________________

________________________________
Signature of person making service

________________________________
Title (*if any*)

Subscribed and sworn to before me this _____ day of ____________, _____[2]

_____________________________
Judge, notary or other officer
authorized to administer oaths

_____________________________
Official title

USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

| SUMMONS | |
|---|---|
| District Court: 1st JUDICIAL DISTRICT<br>Santa Fe County, New Mexico<br>Court Address: 225 Montezuma Ave. Santa Fe, NM 87501<br>Court Telephone No. 505-455-8250 | Case Number: D-101-CV-2023-02404<br>Assigned Judge: Ellenwood, Kathleen McGarry |
| BARBARA ROMERO, Individually and as Personal Representative of the Estate of BRIANNA ROMERO and as Next Friend On behalf of [redacted], a Minor Child,<br><br>vs.<br><br>SANTA FE COUNTY; CITY OF SANTA FE; CEASAR ORNALES, RICHARD HILDEBRANT, DEREK WILLIAMS, and MELQUIADES OLIVARES | **Defendant: Melquiades Olivares**<br>**Address: 28 Camino Justicia**<br>**Santa Fe, NM 87508**<br>**505-428-3231** |

**TO THE ABOVE NAMED DEFENDANT(S)**: Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe County, New Mexico, this 26 day of October, 2023.

Kathleen Vigil

CLERK OF FIRST JUDICIAL DISTRICT COURT

By: [signature]
Deputy

FIRST JUDICIAL DISTRICT COURT ★ STATE OF NEW MEXICO ★

*/s/Doug Perrin*
Doug Perrin
The Perrin Law Firm

369 Montezuma Ave. PMB #334
Santa Fe, NM 87501
Phone: 505-989-8800
Fax: 214-646-6117
Email: dougperrin@perrinlaw.org

*/s/ Samuel P. Ruyle*_______________
**SAMUEL P. RUYLE, ESQ.**
Clark, Jones, & Ruyle, LLC
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825
Email: sam@santafelawyers.org

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO )
)
COUNTY OF __________ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in ______________ county on the _____ day of ______________, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant ____________________ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _________________________, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _________________, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at __________________ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to ______________________, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____________________ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at __________________ (*insert defendant's last known mailing address*).

[ ] to _______________________, an agent authorized to receive service of process for defendant ___________________________.

[ ] to __________________, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____________________ (*used when defendant is a minor or an incompetent person*).

[ ] to __________________________ (*name of person*), _________________________, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: ___________________________

__________________________________
Signature of person making service

__________________________________
Title (*if any*)

Subscribed and sworn to before me this _____ day of ____________, _____[2]

______________________________
Judge, notary or other officer
authorized to administer oaths

______________________________
Official title

USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
11/13/2023 8:40 AM
KATHLEEN VIGIL CLERK OF THE COURT
Sharon Atencio

| **SUMMONS** RETURN | |
|---|---|
| District Court: 1st JUDICIAL DISTRICT<br>Santa Fe County, New Mexico<br>Court Address: 225 Montezuma Ave. Santa Fe, NM 87501<br>Court Telephone No. 505-455-8250 | Case Number: D-101-CV-2023-02404<br>Assigned Judge: Ellenwood, Kathleen McGarry |
| BARBARA ROMERO, Individually and as Personal Representative of the Estate of BRIANNA ROMERO and as Next Friend On behalf of [redacted] a Minor Child,<br><br>vs.<br><br>SANTA FE COUNTY; CITY OF SANTA FE; CEASAR ORNALES, RICHARD HILDEBRANT, DEREK WILLIAMS, and MELQUIADES OLIVARES | **Defendant: Richard Hildebrant**<br>**Address: 2515 Camino Entrada Santa Fe, NM 87507**<br>**(505) 428-3710** |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Kathleen Vigil Dated at Santa Fe County, New Mexico, this 26 day of October, 2023.

CLERK OF FIRST JUDICIAL DISTRICT COURT

By: [signature]
Deputy

FIRST JUDICIAL DISTRICT COURT STATE OF NEW MEXICO

/s/Doug Perrin
Doug Perrin
The Perrin Law Firm

369 Montezuma Ave. PMB #334
Santa Fe, NM 87501
Phone: 505-989-8800
Fax: 214-646-6117
Email:

*/s/ Samuel P. Ruyle*
**SAMUEL P. RUYLE, ESQ.**
Clark, Jones, & Ruyle, LLC
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825
Email: sam@santafelawyers.org

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO )
)
COUNTY OF ________ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Santa Fe county on the 6th day of November 23, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant ____________________ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to ________________________, a person over fifteen (15) years of age and residing at the usual place of abode of defendant ________________, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at ________________ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to ____________________, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at ____________________ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at ____________________ (*insert defendant's last known mailing address*).

[✓] to Ken Vaughn an agent authorized to receive service of process for defendant Richard Hildebrandt Santa Fe County Clerk's Office

[ ] to ____________________, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant ____________________ (*used when defendant is a minor or an incompetent person*).

[ ] to ____________________ (*name of person*), ____________________, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: ____________________

Troy Garrity
Signature of person making service

____________________
Title (*if any*)

Subscribed and sworn to before me this 6th day of November, 2023.

Rocio M. Serrano
Judge, notary or other officer authorized to administer oaths

Notary Public
Official title

STATE OF NEW MEXICO
NOTARY PUBLIC
ROCIO M. SERRANO
COMMISSION NUMBER 112275
EXPIRATION DATE 12-15-2[illegible]

USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
11/13/2023 8:42 AM
KATHLEEN VIGIL CLERK OF THE COURT
Sharon Atencio

| SUMMONS RETURN | |
|---|---|
| District Court: 1st JUDICIAL DISTRICT<br>Santa Fe County, New Mexico<br>Court Address: 225 Montezuma Ave.<br>Santa Fe, NM 87501<br>Court Telephone No. 505-455-8250 | Case Number: D-101-CV-2023-02404<br>Assigned Judge: Ellenwood, Kathleen McGarry<br>RETURN |
| BARBARA ROMERO, Individually and as Personal Representative of the Estate of BRIANNA ROMERO and as Next Friend On behalf of [redacted] a Minor Child,<br><br>vs.<br><br>SANTA FE COUNTY; CITY OF SANTA FE; CEASAR ORNALES, RICHARD HILDEBRANT, DEREK WILLIAMS, and MELQUIADES OLIVARES | **Defendant: Derek Williams**<br>**Address: 28 Camino Justicia**<br>**Santa Fe, NM 87508**<br>**505-428-3231** |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Kathleen Vigil Dated at Santa Fe County, New Mexico, this 26 day of October, 2023.

CLERK OF FIRST JUDICIAL DISTRICT COURT

By: [signature] Deputy

FIRST JUDICIAL DISTRICT COURT ★ STATE OF NEW MEXICO ★

/s/Doug Perrin
Doug Perrin
The Perrin Law Firm

369 Montezuma Ave. PMB #334
Santa Fe, NM 87501
Phone: 505-989-8800
Fax: 214-646-6117
Email:

/s/ Samuel P. Ruyle
**SAMUEL P. RUYLE, ESQ.**
Clark, Jones, & Ruyle, LLC
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825
Email: sam@santafelawyers.org

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO )
)
COUNTY OF __________ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Santa Fe county on the 6th day of November 23 by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant ____________________ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to ________________________, a person over fifteen (15) years of age and residing at the usual place of abode of defendant ________________, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at ________________ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

  
[ ] to ______________________, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at ______________________ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at ______________________ (*insert defendant's last known mailing address*).

[✓] to Ken Vaughan, an agent authorized to receive service of process for defendant Derek Williams Santa Fe County Clerks office

[ ] to ______________________, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant ______________________ (*used when defendant is a minor or an incompetent person*).

[ ] to ______________________ (*name of person*), ______________________, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: ______________________

Troy Garrity
Signature of person making service

______________________
Title (*if any*)

Subscribed and sworn to before me this 6th day of November 2023

Rocio M. Serrano
Judge, notary or other officer
authorized to administer oaths

Notary Public
Official title

STATE OF NEW MEXICO
NOTARY PUBLIC
ROCIO M. SERRANO
COMMISSION NUMBER 1122751
EXPIRATION DATE 12-15-2026

USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FIRST JUDICIAL DISTRICT COURT
Santa Fe County
11/13/2023 8:43 AM
KATHLEEN VIGIL CLERK OF THE COURT
Sharon Atencio

| **SUMMONS** Return | |
|---|---|
| District Court: 1st JUDICIAL DISTRICT<br>Santa Fe County, New Mexico<br>Court Address: 225 Montezuma Ave. Santa Fe, NM 87501<br>Court Telephone No. 505-455-8250 | Case Number: D-101-CV-2023-02404<br>Assigned Judge: Ellenwood, Kathleen McGarry |
| BARBARA ROMERO, Individually and as Personal Representative of the Estate of BRIANNA ROMERO and as Next Friend On behalf of [redacted], a Minor Child,<br><br>vs.<br><br>SANTA FE COUNTY; CITY OF SANTA FE; CEASAR ORNALES, RICHARD HILDEBRANT, DEREK WILLIAMS, and MELQUIADES OLIVARES | **Defendant: Ceasar Ornales**<br>**Address: 2515 Camino Entrada Santa Fe, NM 87507**<br>**(505) 428-3710** |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Kathleen Vigil Dated at Santa Fe County, New Mexico, this 26 day of October, 2023.

CLERK OF FIRST JUDICIAL DISTRICT COURT

By: [signature] Deputy

FIRST JUDICIAL DISTRICT COURT STATE OF NEW MEXICO

/s/Doug Perrin
Doug Perrin
The Perrin Law Firm

369 Montezuma Ave. PMB #334
Santa Fe, NM 87501
Phone: 505-989-8800
Fax: 214-646-6117
Email:

/s/ Samuel P. Ruyle
**SAMUEL P. RUYLE, ESQ.**
Clark, Jones, & Ruyle, LLC
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825
Email: sam@santafelawyers.org

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO )
)
COUNTY OF __________ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Santa Fe county on the 6th day of November, 23, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant ______________________ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to ____________________________, a person over fifteen (15) years of age and residing at the usual place of abode of defendant __________________, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at __________________ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to ______________________, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at ______________________ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at ______________________ (*insert defendant's last known mailing address*).

[✓] to Ken Vaughn, an agent authorized to receive service of process for defendant Ceasar Ornales. Santa Fe County Clerks office

[ ] to ______________________, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant ______________________ (*used when defendant is a minor or an incompetent person*).

[ ] to ______________________ (*name of person*), ______________________, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: ______________________

Troy Garrity
Signature of person making service

______________________
Title (*if any*)

Subscribed and sworn to before me this 6th day of November 2023

Rocio M. Serrano
Judge, notary or other officer authorized to administer oaths
Notary Public
Official title

STATE OF NEW MEXICO
NOTARY PUBLIC
ROCIO M. SERRANO
COMMISSION NUMBER 1122751
EXPIRATION DATE 12-15-2026

USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
11/13/2023 8:45 AM
KATHLEEN VIGIL CLERK OF THE COURT
Sharon Atencio

| SUMMONS RETURN | |
|---|---|
| District Court: 1st JUDICIAL DISTRICT<br>Santa Fe County, New Mexico<br>Court Address: 225 Montezuma Ave. Santa Fe, NM 87501<br>Court Telephone No. 505-455-8250 | Case Number: D-101-CV-2023-02404<br>Assigned Judge: Ellenwood, Kathleen McGarry |
| BARBARA ROMERO, Individually and as Personal Representative of the Estate of BRIANNA ROMERO and as Next Friend On behalf of [redacted], a Minor Child,<br><br>vs.<br><br>SANTA FE COUNTY; CITY OF SANTA FE; CEASAR ORNALES, RICHARD HILDEBRANT, DEREK WILLIAMS, and MELQUIADES OLIVARES | **Defendant: Melquiades Olivares**<br>**Address: 28 Camino Justicia**<br>**Santa Fe, NM 87508**<br>**505-428-3231** |

**TO THE ABOVE NAMED DEFENDANT(S)**: Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Kathleen Vigil Dated at Santa Fe County, New Mexico, this 26 day of October, 2023.

CLERK OF FIRST JUDICIAL DISTRICT COURT

By: [signature] Deputy

FIRST JUDICIAL DISTRICT COURT STATE OF NEW MEXICO

/s/Doug Perrin
Doug Perrin
The Perrin Law Firm

369 Montezuma Ave. PMB #334
Santa Fe, NM 87501
Phone: 505-989-8800
Fax: 214-646-6117
Email:

/s/ Samuel P. Ruyle
**SAMUEL P. RUYLE, ESQ.**
Clark, Jones, & Ruyle, LLC
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825
Email: sam@santafelawyers.org

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO )
)
COUNTY OF __________ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Santa Fe county on the 6th day of November 23, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant ______________________ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to ___________________________, a person over fifteen (15) years of age and residing at the usual place of abode of defendant __________________, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at ____________________ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to ____________________, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at ____________________ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at ____________________ (*insert defendant's last known mailing address*).

[✓] to Ken Vaughn, an agent authorized to receive service of process for defendant Melquiades. Santa Fe County Clerk's office

[ ] to ____________________, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant ____________________ (*used when defendant is a minor or an incompetent person*).

[ ] to ____________________ (*name of person*), ____________________, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: ____________________

Troy Garrity
Signature of person making service

____________________
Title (*if any*)

Subscribed and sworn to before me this 6th day of November, 2023

Rocio M. Serrano
Judge, notary or other officer authorized to administer oaths

Notary Public
Official title

STATE OF NEW MEXICO
NOTARY PUBLIC
ROCIO M. SERRANO
COMMISSION NUMBER 1122751
EXPIRATION DATE 12-15-2026

USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]